JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JAMES L. EWING,<br><br>      Petitioner,<br><br>      v.<br><br>SHINN, Warden,<br><br>      Respondent. | No. ED CV 17-01617-MWF (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Summarily Dismissing Petition for Lack of Jursidiction,

IT IS ADJUDGED that that the petition is denied and this action is dismissed.

Dated: September 12, 2017

_____
MICHAEL W. FITZGERALD
United States District Judge